UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | NO. 3:17-cr-00124-11 |
| REX ANDREW WHITLOCK, | ) ) ) |  |
| Defendant. | ) |  |

## ORDER

Defendant's pro se letter submitted to the Court on November 19, 2021, requesting appointment of counsel, Michael C. Holley (Doc. No. 2023), is **GRANTED**, and the Federal Public Defender is ORDERED to appoint Michael C. Holley to serve as counsel for the Defendant.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE